104 A.3d 521

Robert STOKES, Petitioner

v.

COURT OF COMMON PLEAS PHILADELPHIA
COUNTY, Respondent.

No. 156 EM 2014.

Supreme Court of Pennsylvania.

Nov. 21, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of November, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**